UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SHELBY JONES BRYANT,**

      **Plaintiff,**

v.                                                       Case No:  6:18-cv-1292-Orl-41GJK

**BRIDGECREST CREDIT COMPANY, LLC,**

      **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Defendant's Unopposed Motion to Stay Proceedings and Compel Arbitration (Doc. 11). For the reasons set forth therein, it is **ORDERED** and **ADJUDGED** as follows:

1. Defendant's Unopposed Motion to Stay Proceedings and Compel Arbitration (Doc. 11) is **GRANTED**.

2. This Case is **STAYED** pending arbitration.

3. The parties are directed to commence arbitration **within thirty days of this order**.

4. **On or before November 23, 2018**, and every 180 days thereafter, Plaintiff shall file a report as to the status of the arbitration proceeding. Additionally, Plaintiff shall notify this Court **within fourteen days** of the final resolution of the arbitration proceeding.

5. The Clerk is directed to administratively close this case.

**DONE** and **ORDERED** in Orlando, Florida on October 9, 2018.



Copies furnished to:

Counsel of Record