# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SHELBY JONES BRYANT,

      Plaintiff,

Case No. 6:18-cv-01292

v.

BRIDGECREST CREDIT COMPANY,

      Defendant.

_____ /

## <u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>

Plaintiff, Shelby Jones Bryant and Defendant, Bridgecrest Credit Company, by and through their undersigned counsel, hereby stipulate to the dismissal of this action with prejudice and with each side to bear its own costs and attorney's fees.


Dated August 28, 2019

*/s/ Janelle Neal*
Janelle Neal, Esq.
Florida Bar No. 774561
jneal@forthepeople.com
Morgan & Morgan
One Tampa City Center
201 N. Franklin Street, Suite 700
Tampa, FL 33602
Phone: (813) 223-5505
*Counsel for Plaintiff*

Dated August 28, 2019

*/s/ Yesica S. Liposky*
Robert E. Sickles, Esq.
Florida Bar No. 167444
robert.sickles@nelsonmullins.com
Yesica S. Liposky, Esq.
Florida Bar No. 119924
yesica.liposky@nelsonmullins.com
Nelson Mullins Broad and Cassel
100 N. Tampa, Street, Suite 3500
Tampa, FL 33602
Phone: (813) 225-3020
*Counsel for Defendant*